Elsie Laiho, Appellant, v. M. W. Sbertoli, and Rachel Louisa McGarry, Administratrix of Estate of J. L. McGarry, Deceased, Appellees.

Gen. No. 46,587. (Abstract of Decision.)

First District, Third Division.
March 21, 1956.
Rehearing denied April 18, 1956.
Released for publication April 19, 1956.

Louis M. March, for plaintiff-appellant; Kirkland, Fleming, Green, Martin & Ellis, for defendants-appellees. Opinion by JUDGE FEINBERG. Not to be published in full.